JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CV 7644

| | |
|---|---|
| George Rivera, | : |
| Plaintiff, | : Civil Action No.: _____ |
| v. | : |
| Chase Receivables, Inc.; and DOES 1-10, inclusive, | : COMPLAINT |
| Defendants. | : |

RECEIVED
OCT 12 2012

For this Complaint, the Plaintiff, George Rivera, by undersigned counsel, states as

follows:

## JURISDICTION

1.      This action arises out of the Defendants' repeated violations of the Fair Debt

Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), and the invasions of the

Plaintiff's personal privacy by the Defendants and their agents in their illegal efforts to collect a

consumer debt.

2.      Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

3.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the

Defendants transact business in this District and a substantial portion of the acts giving rise to

this action occurred in this District.

## PARTIES

4.      The Plaintiff, George Rivera ("Plaintiff"), is an adult individual residing in New

York, New York, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

5.      The Defendant, Chase Receivables, Inc. ("Chase Receivables"), is a California

business entity with an address of 951 California Boulevard, Napa, California 94559, operating

as a collection agency, and is a "debt collector" as the term is defined by 15 U.S.C. § 1692a(6).

6.     Does 1-10 (the "Collectors") are individual collectors employed by Chase

Receivables and whose identities are currently unknown to the Plaintiff. One or more of the

Collectors may be joined as parties once their identities are disclosed through discovery.

7.     Chase Receivables at all times acted by and through one or more of the

Collectors.

## ALLEGATIONS APPLICABLE TO ALL COUNTS

### A. The Debt

8.     The Plaintiff allegedly incurred a financial obligation in the approximate amount

of $500.00 (the "Debt") to an original creditor (the "Creditor").

9.     The Debt arose from services provided by the Creditor which were primarily for

family, personal or household purposes and which meets the definition of a "debt" under

15 U.S.C. § 1692a(5).

10.     The Debt was purchased, assigned or transferred to Chase Receivables for

collection, or Chase Receivables was employed by the Creditor to collect the Debt.

11.     The Defendants attempted to collect the Debt and, as such, engaged in

"communications" as defined in 15 U.S.C. § 1692a(2).

### B. Chase Receivables Engages in Harassment and Abusive Tactics

12.     In August 2012, Defendants began placing daily calls to Plaintiff at his landline

(xxx-xxx-3047) in an attempt to collect the Debt.

13.     On numerous occasions, Plaintiff informed defendants that he was unemployed

and had no means to pay the Debt.

14. Nevertheless, Defendants continued to place daily calls to Plaintiff and demanded that he pay same.

15. Plaintiff was greatly frustrated by Defendants' calls and at one point yelled at Defendants: "Stop calling and just sue me already, but stop harassing me by phone!"

16. However, Defendants continued to call Plaintiff and asked Plaintiff personal question, such as, who Plaintiff lived with, how much his mother earned, what kind of work she did, how much money she had in her retirement plan and if she could pay the Debt.

17. When Plaintiff stated that he would not tolerate this kind of harassment and asked ‹to speak to a supervisor, Defendants' collector retorted: "What, is he going to pay the bill for you?!"

## C. Plaintiff Suffered Actual Damages

18. The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendants' unlawful conduct.

19. As a direct consequence of the Defendants' acts, practices and conduct, the Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment.

## COUNT I
## VIOLATIONS OF THE FDCPA - 15 U.S.C. § 1692, *et seq.*

20. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

21. The Defendants' conduct violated 15 U.S.C. § 1692d in that Defendants engaged in behavior the natural consequence of which was to harass, oppress, or abuse the Plaintiff in

connection with the collection of a debt.

22.    The Defendants' conduct violated 15 U.S.C. § 1692d(5) in that Defendants caused a phone to ring repeatedly and engaged the Plaintiff in telephone conversations, with the intent to annoy and harass.

23.    The foregoing acts and omissions of the Defendants constitute numerous and multiple violations of the FDCPA, including every one of the above-cited provisions.

24.    The Plaintiff is entitled to damages as a result of Defendants' violations.

### PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff respectfully prays that judgment be awarded in the Plaintiff's favor and against the Defendants as follows:

1.    Against the named the Defendants, jointly and severally, awarding the Plaintiff actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

2.    Against each of the named the Defendants, awarding the Plaintiff statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A);

3.    Against the named the Defendants, jointly and severally, awarding the Plaintiff recovery of the costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3);

4.    Against the named the Defendants, jointly and severally, awarding the Plaintiff punitive damages in such amount as is found appropriate; and

5.    Granting the Plaintiff such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: October 5, 2012

Respectfully submitted,

By _____

Sergei Lemberg (SL 6331)
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiff

5

JS 44C/SDNY
REV. 1/2008

CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**

George Rivera

**DEFENDANTS**

Chase Receivables, Inc.

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Lemberg & Associates, LLC
1100 Summer Street, Third Floor
Stamford, CT 06905

**ATTORNEYS (IF KNOWN)**

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

15 USC 1692 - Violations of the Fair Debt Collection Practices Act

Has this or a similar case been previously filed in SDNY at any time? No? [X]  Yes? [ ]    Judge Previously Assigned _____

If yes, was this case  Vol.[ ]  Invol. [ ]  Dismissed. No[ ]  Yes [ ]   If yes, give date _____ & Case No. _____

_(PLACE AN [x] IN ONE BOX ONLY)_    NATURE OF SUIT

TORTS                                                                ACTIONS UNDER STATUTES

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110  INSURANCE | [ ] 310  AIRPLANE | [ ] 362  PERSONAL INJURY - MED MALPRACTICE | [ ] 610  AGRICULTURE | [ ] 422  APPEAL 28 USC 158 | [ ] 400  STATE REAPPORTIONMENT |
| [ ] 120  MARINE | [ ] 315  AIRPLANE PRODUCT LIABILITY | [ ] 365  PERSONAL INJURY PRODUCT LIABILITY | [ ] 620  OTHER FOOD & DRUG | [ ] 423  WITHDRAWAL 28 USC 157 | [ ] 410  ANTITRUST |
| [ ] 130  MILLER ACT | [ ] 320  ASSAULT, LIBEL & SLANDER | [ ] 368  ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | [ ] 625  DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | | [ ] 430  BANKS & BANKING |
| [ ] 140  NEGOTIABLE INSTRUMENT | [ ] 330  FEDERAL EMPLOYERS' LIABILITY | | | PROPERTY RIGHTS | [ ] 450  COMMERCE |
| [ ] 150  RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340  MARINE | PERSONAL PROPERTY | [ ] 630  LIQUOR LAWS | | [ ] 460  DEPORTATION |
| | [ ] 345  MARINE PRODUCT LIABILITY | [ ] 370  OTHER FRAUD | [ ] 640  RR & TRUCK | [ ] 820  COPYRIGHTS | [ ] 470  RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 151  MEDICARE ACT | [ ] 350  MOTOR VEHICLE | [ ] 371  TRUTH IN LENDING | [ ] 650  AIRLINE REGS | [ ] 830  PATENT | |
| [ ] 152  RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 355  MOTOR VEHICLE PRODUCT LIABILITY | [ ] 380  OTHER PERSONAL PROPERTY DAMAGE | [ ] 660  OCCUPATIONAL SAFETY/HEALTH | [ ] 840  TRADEMARK | [X] 480  CONSUMER CREDIT |
| | [ ] 360  OTHER PERSONAL INJURY | [ ] 385  PROPERTY DAMAGE PRODUCT LIABILITY | [ ] 690  OTHER | | [ ] 490  CABLE/SATELLITE TV |
| [ ] 153  RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | | | LABOR | SOCIAL SECURITY | [ ] 810  SELECTIVE SERVICE |
| | | | | [ ] 861  HIA (1395ff) | [ ] 850  SECURITIES/ COMMODITIES/ EXCHANGE |
| [ ] 160  STOCKHOLDERS SUITS | | | [ ] 710  FAIR LABOR STANDARDS ACT | [ ] 862  BLACK LUNG (923) | [ ] 875  CUSTOMER CHALLENGE 12 USC 3410 |
| [ ] 190  OTHER CONTRACT | | | [ ] 720  LABOR/MGMT RELATIONS | [ ] 863  DIWC/DIWW (405(g)) | |
| [ ] 195  CONTRACT PRODUCT LIABILITY | | | [ ] 730  LABOR/MGMT REPORTING & DISCLOSURE ACT | [ ] 864  SSID TITLE XVI | [ ] 890  OTHER STATUTORY ACTIONS |
| | ACTIONS UNDER STATUTES | | | [ ] 865  RSI (405(g)) | [ ] 891  AGRICULTURAL ACTS |
| [ ] 196  FRANCHISE | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 740  RAILWAY LABOR ACT | FEDERAL TAX SUITS | [ ] 892  ECONOMIC STABILIZATION ACT |
| | [ ] 441  VOTING | [ ] 510  MOTIONS TO VACATE SENTENCE 28 USC 2255 | [ ] 790  OTHER LABOR LITIGATION | [ ] 870  TAXES (U.S. Plaintiff or Defendant) | [ ] 893  ENVIRONMENTAL MATTERS |
| | [ ] 442  EMPLOYMENT | | [ ] 791  EMPL RET INC SECURITY ACT | [ ] 871  IRS-THIRD PARTY 26 USC 7609 | [ ] 894  ENERGY ALLOCATION ACT |
| REAL PROPERTY | [ ] 443  HOUSING/ ACCOMMODATIONS | | | | [ ] 895  FREEDOM OF INFORMATION ACT |
| [ ] 210  LAND CONDEMNATION | [ ] 444  WELFARE | [ ] 530  HABEAS CORPUS | IMMIGRATION | | [ ] 900  APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE |
| [ ] 220  FORECLOSURE | [ ] 445  AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 535  DEATH PENALTY | | | |
| [ ] 230  RENT LEASE & EJECTMENT | | [ ] 540  MANDAMUS & OTHER | [ ] 462  NATURALIZATION APPLICATION | | |
| | | [ ] 550  CIVIL RIGHTS | | | |
| [ ] 240  TORTS TO LAND | [ ] 446  AMERICANS WITH DISABILITIES -OTHER | [ ] 555  PRISON CONDITION | [ ] 463  HABEAS CORPUS- ALIEN DETAINEE | | [ ] 950  CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 245  TORT PRODUCT LIABILITY | [ ] 440  OTHER CIVIL RIGHTS | | [ ] 465  OTHER IMMIGRATION ACTIONS | | |
| [ ] 290  ALL OTHER REAL PROPERTY | | | | | |

_Check if demanded in complaint:_

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $ 25,000     OTHER _____   JUDGE _____   DOCKET NUMBER_____

_Check YES only if demanded in complaint_
JURY DEMAND: [X] YES  [ ] NO          NOTE:  Please submit at the time of filing an explanation of why cases are deemed related.

(PLACE AN x IN ONE BOX ONLY)

**ORIGIN**

| | | | | | | |
|---|---|---|---|---|---|---|
| [X] 1 Original Proceeding | ☐ 2a. Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from (Specify District) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judge Judgment |
| | 2b. Removed from State Court AND at least one party is pro se. | | | | | |

(PLACE AN x IN ONE BOX ONLY)

**BASIS OF JURISDICTION**

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1322, 1441)*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   [X] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

George Rivera
50 West 97th Street, Apt. 10S
New York, NY 10025

County of New York

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Chase Receivables, Inc.
951 California Boulevard
Napa, California 94559

State of California

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   [X] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

| DATE | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| 10/5/2012 RECEIPT # | | [ ] NO [x] YES (DATE ADMITTED Mo. 02   Yr. 2003   ) Attorney Bar Code # SL 6331 |

Magistrate Judge is to be designated by the Clerk of the Court.   MAG. JUDGE COTT

Magistrate Judge _____ is so Designated.

J. Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)